**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 10-cr-00336 (LAK)** |
| **Plaintiff,** ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | **ON BEHALF OF CHAD ELIE** |
| ) | |
| **CHAD ELIE, *ET AL.*,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and parties of record:

Please take notice that William R. Cowden appears for Defendant Chad Elie as his counsel in the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        William R. Cowden
        Mallon & McCool, LLC
        1776 K Street, N.W., Suite 200
        Washington, DC 20006
        202.393.7088
        202.293.3499 (fax)
        wcowden@mallonandmccool.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May 2011, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Southern District of New York's Electronic Document Filing System (ECF) and the document is available on the ECF system.

        _____/s/_____
        William R. Cowden