UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
:
UNITED STATES OF AMERICA,         :   NOTICE OF MOTION
:
v.                                :   No. 10 CR. 336 (LAK)
:   ECF Case
CHAD ELIE and JOHN CAMPOS,        :
:
                    Defendants.   :
———————————————————— x

      PLEASE TAKE NOTICE THAT, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, upon the accompanying Memorandum of Law and the annexed Declaration of Barry H. Berke, Esq. and attached exhibits, defendants Chad Elie and John Campos will move this Court before the Honorable Lewis A. Kaplan, United States Judge for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, on their motion *in limine* to permit defendants to present evidence to the jury concerning the characteristics of online peer-to-peer poker and defendants' good faith and knowledge.

Dated: February 22, 2012
New York, New York

Respectfully Submitted,

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | HAFETZ NECHELES & ROCCO |
| By:_____/s/_____<br>Barry H. Berke<br>Dani R. James<br>Jennifer L. Rochon | By:_____/s/_____<br>Frederick P. Hafetz<br>Kathleen E. Cassidy |
| 1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>bberke@kramerlevin.com | 500 Fifth Avenue<br>New York, New York 10110<br>(212) 997-7595<br>fhafetz@hnrlawoffices.com |
| BANCROFT PLLC<br><br>By: Paul D. Clement | CLYDE SNOW & SESSIONS<br>By: Neil A. Kaplan<br>    Anneli R. Smith |
| 1919 "M" Street, N.W., Suite 470<br>Washington, DC 20036<br>(202) 234-0090 | 201 South Main Street, Suite: 1300<br>Salt Lake City, UT 84111<br>(801) 322-2516 |
| *Attorneys for Defendant Chad Elie* | *Attorneys for Defendant John Campos* |