MEMO ENDORSED

DOC # 139

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 10-cr-0336 (LAK) |
| ) | |
| ) | ECF CASE |
| v. ) | |
| ) | MOTION FOR ADMISSION |
| CHAD ELIE, *et al.*, ) | PRO HAC VICE |
| Defendants. ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, D. Zachary Hudson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Mr. Chad Elie in the above captioned action.

I am in good standing of the bar of the State of Ohio, and a certificate of good standing for that bar is attached hereto. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 16, 2012

Respectfully Submitted,

D. Zachary Hudson
Bancroft PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: (202) 234-0090
Fax: (202) 234-2806
zhudson@bancroftpllc.com

SO ORDERED

LEWIS A. KAPLAN, USDJ